IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY STURDIVANT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 14-00034-CG-M |
| | ) |
| CHRISTOPHER GORDY, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Christopher Gordy and against Petitioner Tommy Sturdivant.

**DONE and ORDERED** this 14th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE